Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff GABRIELA CABRERA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA CABRERA, an individual, | Case No.: 2:20-cv-02431-VAP-JEM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Complaint Filed: March 13, 2020<br>Trial Date: None Set |
| ROSS STORES, INC., a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT
1

1      Please take notice that Plaintiff, GABRIELA CABRERA and Defendant,
2  ROSS STORES, INC., a Delaware corporation by and through their counsel of
3  record, have reached a settlement and are presently drafting, finalizing, and
4  executing the formal settlement documents.  The appropriate motions and/or
5  stipulation of dismissal will be promptly filed upon execution of a final settlement
6  agreement.

                                                            Respectfully submitted,

Dated: May 18, 2020                           **MANNING LAW, APC**


                                                    By:   */s/ Joseph R. Manning, Jr., Esq.*
                                                           Joseph R. Manning, Jr. Esq.
                                                           Attorneys for Plaintiff,
                                                           Gabriela Cabrera